450 A.2d 213

Cruse v. Woods, et al.

Long, et al. v. Woods, et al.

Appeal of Robert Woods.

Argued April 13, 1982.   Alan Frank, submitted a brief on behalf of appellant;  J. McBride, for appellees.

Before HESTER, JOHNSON and POPOVICH, JJ.

Order and judgment affirmed.